# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED** |
| v. | ) CR. 06-MJ-271 KJM | OCT 2 5 2006 |
| JAVIER MUNOZ | ) | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | | DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                          ( ) Ad Testificandum.

Name of Detainee:     **JAVIER MUNOZ**

Detained at (custodian):     Sacramento County Main Jail

Detainee is:   a.)   (X) charged in this district by:
                      ( ) Indictment        ( ) Information        (X) Complaint
                Charging Detainee With: **Conspiracy to distribute and to possess with intent to distribute Methamphetamine**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* _on October 26, 2006 at 2:00 pm_ *in the Eastern District of California.*

      Signature: /s/ Phillip Talbert
      Printed Name & Phone No: PHILLIP A. TALBERT  (916) 554-2789
      Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, _on October 26, 2006 at 2:00 p.m._ and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/25/06
Date                                           United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X    Female | |
| Booking or CDC #: | | DOB: | X/XX/1977 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, California | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                (Signature)